*Exhibit 1 in globo*

## SERVICE COPY

**D16259111**

# CITATION

**CANAMRO LLC**
**(Plaintiff)**

**VS**

**ATLANTIC CASUALTY INSURANCE COMPANY**
**(Defendant)**

**NUMBER C-759770  "22"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:    ATLANTIC CASUALTY INSURANCE COMPANY**
**THROUGH ITS AGENT:**
**LOUISIANA SECRETARY OF STATE**

SERVED ON
NANCY LANDRY

MAR 21 2025

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 18, 2025.**

*Rosheedah Carter*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: SMITH, CHRISTIAN S**
*The following documents are attached:

**PETITION FOR BREACH OFC ONTRACT, EXEMPLARY DAMAGES, COMPENSATORY DAMAGES, PENALTIES AND ATTORNEYS FEES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
East Baton Rouge Sheriff Office

MAR 2 0 2025

**CITATION-2000**

EAST BATON ROUGE PARISH  C-759770
Filed Mar 06, 2025 11:20 AM    22
Deputy Clerk of Court
FAX Received Feb 26, 2025

# NINETEENTH JUDICIAL DISTRIC COURT

# PARISH OF EAST BATON ROUGE

# STATE OF LOUISIANA

NO. C-759770                                                    DIV.

## CANAMRO LLC

## VERSUS

## ATLANTIC CASUALTY INSURANCE COMPANY

Filed: _____          _____

                                        **Deputy Clerk**

## PETITION FOR BREACH OF CONTRACT, EXEMPLARY DAMAGES, COMPENSATORY DAMAGES, PENALTIES AND ATTORNEYS' FEES

NOW INTO COURT through undersigned counsel come Plaintiff(s) herein **Canamro LLC** (hereinafter referred to as the "Insured" or as "Plaintiff", upon information and belief, a local business authorized to do and in fact doing business in the Parish East Baton Rouge, State of Louisiana, who with respect allege and aver as follows:

1.

Named Defendant herein is **Atlantic Casualty Insurance Company** (herein after referred to as the "Carrier" or "Defendant"), upon information and belief a foreign insurer authorized to do and in fact doing business in the Parish of East Baton Rouge, State of Louisiana.

2.

At all times pertinent herein the Insured was the owner of property located in the Parish of East Baton Rouge, State of Louisiana with municipal address of **3102 Main St., Baker, LA 70714** (hereinafter referred to as "the property" or "insured's premises.")

3.

On or about March 18, 2024 a major windstorm occurred in East Baton Rouge Parish and inflicted significant damage upon the Property.

4.

At all times pertinent herein and on the unnamed March 18, 2024 windstorm, the Insured had, in full force and effect, a policy of insurance issued by Defendant Carrier bearing the policy number **M363001020.**



Certified True and
Correct Copy
CertID: 2025031400222

Rasheedah Carter

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/14/2025 9:46 AM

5.

The Defendant's policy referred to herein provided dollar specific coverage for Plaintiffs' property with extended replacement cost, other structures coverage, as well as coverage for loss of use and/or loss of business income, and for lost or damaged contents.

6.

The Carrier's policy also called for and required the Insured(s) to take all reasonable steps to secure the Property and to protect it from any additional damages. Said costs associated with this mitigation were to be paid and/or reimbursed to the Insured by the Carrier.

7.

As a result of the unnamed March 18, 2024 windstorm, the Property sustained significant damage from extreme high winds, tornadic activity and torrential rain such that the damage constituted a covered loss under the terms and the conditions of the policy issued to the Insured by Defendant, the Carrier.

8.

A timely and detailed estimate of damages was provided to Defendants as well as any additional information requested by the Carrier during the course of the adjustment process.

9.

Despite adequate proof of loss having been provided to the Carrier by the Insured, Carrier has failed to timely and correctly adjust and pay for the damages sustained by the Insured and covered under the Defendant's policy.

10.

This failure to timely adjust and adequately compensate the Insured for the covered losses was without probable or legal cause and was arbitrary and capricious and constituted bad faith and breach of contract.

11.

At all times material, Plaintiff has complied with all requirements under the policy in order to have the benefits of coverage contained therein, including the duty to mitigate which Plaintiff did at their own expense and cost.

12.

Defendant's failure to properly and timely adjust Plaintiff(s)' loss by making adequate payments for their damages and/or to delay the adjusting of this claim was arbitrary, capricious and without probable cause, and means that the defendant Carrier is in bad faith. Therefore, Defendants are liable to its Insured Plaintiff(s) for damages, penalties and attorneys' fees under applicable law including, but not


Certified True and
Correct Copy
CertID: 2025031400222

*Roosheedah Carter*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/14/2025 9:46 AM

limited to La. R.S. 22:658, La. R.S. 22:1220, La. R.S. 22:1973 et seq. and La. R.S. 22:1892 et seq.

13.

Furthermore, alternatively and/or cumulatively, Defendant has intentionally misrepresented pertinent facts to Plaintiff(s) concerning the coverages, terms and conditions of its policy including but not limited to misrepresenting the applicability of and/or the terms and conditions of the policy's appraisal Clause and/or the terms and conditions of what constitutes a covered loss under the policy, said misrepresentation being a violation of LA. R.S. 22:1973 et seq. and in bad faith.

14.

It is further alleged that one of the purposes of the contract of insurance entered into between Plaintiff and Defendant was a non-pecuniary one i.e., specifically to secure the owner of Canamro LLC peace of mind and well-being against loss such as that observed and experience with this windstorm.

15.

The Carrier's failure to comply with the contract entered into between itself and the Plaintiff resulted in significant and severe mental and emotional distress and loss of peace of mind such as to entitle the owners of Canamro LLC to recover damages for and to be compensated for loss of peace of mind, mental anguish, and emotional distress.

WHEREFORE, Plaintiff **Canamro LLC** respectfully prays that this Petition be served upon the Defendant, **Atlantic Casualty Insurance Company** and the Defendant be ordered to respond to the same within the delays allowed by law, that after all due proceedings are had that judgment be rendered herein in favor of Plaintiff and against Defendant for all insurance benefits allowed under the policy, together with compensatory damages, exemplary damages, penalties, attorneys' fees and any and all costs of this proceeding together with legal interests thereon from the date of judicial demand and for all other general and equitable or statutorily relief which this court deems appropriate and is competent to give.

RESPECTFULLY SUBMITTED

MARK W. SMITH & ASSOCIATES, PLC

Mark W. Smith (Bar # 14447)
**Christian S Smith (Bar # 41035)**
500 N. Causeway Blvd.
Metairie, Louisiana 70001
Telephone: 504-830-7660
Facsimile: 504-830-7661

Certified True and Correct Copy
CertID: 2025031400222

PLEASE SERVE:

**Atlantic Casualty Insurance Company**
Through the Louisiana Secretary of State



**Certified True and
Correct Copy**
CertID: 2025031400222

**NANCY LANDRY**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**





9489 0090 0027 6667 7842 04

Label 890-PB, Oct. 2015
Pitney Bowes



FIRST-CLASS



US POSTAGE PB-PITNEY BOWES

ZIP 70802
02.7W
0000803555

$ 006.62⁰

15 MAR. 24. 2025

SS151

EAST BATON ROUGE PARISH
Filed Apr 10, 2025 11:18 AM
Deputy Clerk of Court
E-File Received Apr 08, 2025 2:40 PM

C-759770

Case 3:25-cv-00336-BAJ-SDJ    Document 1-2    04/21/25    Page 7 of 9

**19ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**NO.: C-759770**                                                          **SECTION "22"**

**CANAMRO LLC**

**VERSUS**

**ATLANTIC CASUALTY INSURANCE COMPANY**

**FILED: _____**          **_____**
                                                                            **DEPUTY CLERK**

**MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT** through undersigned counsel, comes Defendant, Atlantic Casualty Insurance Company, who respectfully moves this Honorable Court for a thirty (30) day extension, or until May 11, 2025, within which to respond to Plaintiff, Canamro LLC's Petition for Breach of Contract, Exemplary Damages, Compensatory Damages, Penalties, and Attorneys' Fees. Defendant has not previously requested or been granted an extension of time in this matter.

**WHEREFORE,** Defendant, Atlantic Casualty Insurance Company, respectfully prays that this Honorable Court grant a thirty (30) day extension, or until May 11, 2025, within which to file responsive pleadings to Plaintiff, Canamro LLC's Petition for Breach of Contract, Exemplary Damages, Compensatory Damages, Penalties, and Attorneys' Fees.

Respectfully submitted.

_____
**NICHOLAS P. ARNOLD, #31602**
narnold@bluewilliams.com
**JEREMY GATZ-MILLER, #40785**
jgatzmiller@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Blvd., Ste. 900
Metairie, LA 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
*Attorneys for Defendant,*
*Atlantic Casualty*
*Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record to this proceeding, via hand delivery, electronic transmission, or U. S. Mail, postage prepaid and properly addressed, this 8th day of April 2025.

_____
Jeremy W. Gatz-Miller

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**NO.: C-759770**                                                                                    **SECTION "22"**

**CANAMRO LLC**

**VERSUS**

**ATLANTIC CASUALTY INSURANCE COMPANY**

**FILED: _____**                    _____
                                                                                    **DEPUTY CLERK**

**<u>ORDER</u>**

Considering the foregoing:

**IT IS ORDERED** that Defendant, Atlantic Casualty Insurance Company's Motion for Extension of Time is hereby **GRANTED**, and Defendant shall have an additional thirty (30) days, or until May 11, 2025, to file responsive pleadings.

Baton Rouge, Louisiana this _____day of_____, 2025.

_____
**JUDGE BEAU HIGGINBOTHAM**

3