**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**CANAMRO, LLC**

**VERSUS**

**ATLANTIC CASUALTY INSURANCE COMPANY**

\* **CIVIL ACTION**
\* **NO. 3:25-CV-00336**
\*
\*
\* **JUDGE BRIAN A. JACKSON**
\*
\*
\* **MAGISTRATE JUDGE SCOTT D.**
\* **JOHNSON**
\*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Canamro LLC and Defendant, Atlantic Casualty Insurance Company, who upon representing to this Honorable Court that a settlement has been reached between the parties, respectfully move for dismissal of all claims by Canamro LLC's claims against Atlantic Casualty Insurance Company, with prejudice, with each party to bear its respective costs.

**WHEREFORE**, Canamro LLC and Atlantic Casualty Insurance Company jointly pray that all claims against Atlantic Casualty Insurance Company are dismissed with prejudice, with each party to bear its respective costs.

[Signature Blocks on Following Page]

Respectfully submitted,

*/s/ Jeremy W. Gatz-Miller*

**NICHOLAS P. ARNOLD - #31602**
narnold@bluewilliams.com
**JEREMY W. GATZ-MILLER - #40785**
jgatzmiller@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 831-1182
**Attorneys for Defendant Atlantic
Casualty Insurance Company**

Respectfully submitted,

*/s/ Mark W. Smith*

**MARK W. SMITH - #14447**
mmontiel@montielhodge.com
**LAW OFFICE OF MARK W. SMITH
& ASSOCIATES**
500 N. Causeway Boulevard
Metairie, Louisiana 70001
Telephone: (504) 830-7660
Facsimile: (504) 830-7661
**Attorney for Plaintiff Canamro, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that on the 4th day of December 2025, I electronically filed the

foregoing Notice of Settlement with the Clerk of Court for the United States District Court for the

Middle District of Louisiana by using the CM/ECF system.

*/s/ Jeremy W. Gtaz-Miller*
**JEREMY W. GATZ-MILLER**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CANAMRO, LLC | * | CIVIL ACTION |
| | * | NO. 3:25-CV-00336 |
| VERSUS | * | |
| | * | |
| | * | JUDGE BRIAN A. JACKSON |
| ATLANTIC CASUALTY INSURANCE | * | |
| COMPANY | * | |
| | * | MAGISTRATE JUDGE SCOTT D. |
| | * | JOHNSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the Joint Motion to Dismiss with Prejudice,

**IT IS ORDERED ADJUDGED AND DECREED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of

Plaintiff, Canamro, LLC against Defendant, Atlantic Casualty Insurance Company, are hereby

dismissed with prejudice with each party to bear their own costs.

**BATON ROUGE, LOUISIANA,** this _____ day of _____, 2025.

_____
**HONORABLE BRIAN A. JACKSON**
**DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

3