## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CANAMRO, LLC**                                    **CIVIL ACTION**

**VERSUS**

**ATLANTIC CASUALTY INSURANCE**         **NO. 25-00336-BAJ-SDJ**
**COMPANY**

## ORDER

Considering the parties' **Joint Motion To Dismiss With Prejudice** (Doc. 21),

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 5th day of December, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**