## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CANAMRO, LLC                                                   CIVIL ACTION

VERSUS

ATLANTIC CASUALTY INSURANCE                    NO. 25-00336-BAJ-SDJ
COMPANY

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned

action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 5th day of December, 2025

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**